STATE of Missouri, Respondent,

v.

Gary L. WILSON, Appellant.

No. WD 35188.

Missouri Court of Appeals,
Western District.

Aug. 28, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 30, 1984.

Application to Transfer Denied
Dec. 18, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, Paul F. Kavanaugh, Certified Law Student, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment of the Circuit Court of Jackson County, of conviction of first degree assault, Section 565.050, RSMo 1978. Affirmed. Rule 30.25(b).